EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
EDRIC M. CHING
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 26 2002

at 2 o'clock and 56 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00492 HG |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | [18 U.S.C. §2113(a)] |
| | ) | |
| MARC SHIROMA, | ) | |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

COUNT 1

The Grand Jury charges:

On or about November 18, 2002, in the District of Hawaii, defendant MARC SHIROMA, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the Hawaii

National Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: _Nov. 26_, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
EDRIC M. CHING
Assistant U.S. Attorney

2