AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

APR 21 2006
at __10__ o'clock and __30__ min. __A__ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00492HG-01 |

MARC SHIROMA

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MARC SHIROMA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | April 19, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant        By: Helen Gillmor, Chief United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _[illegible]_

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/19/06 | _[illegible]_ | _[signature]_ |
| Date of Arrest 4/19/06 | | |