# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 24, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 02-00492HG   &   CR. 99-900336HG |
| CASE NAME: | U.S.A. vs. MARC SHIROMA |
| | USA vs. MARC CLIFFORD SHIROMA |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Peter C. Wolff, Jr. |
| U.S.P.O.: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 24, 2006 | TIME: | 3:30 - 4:25 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant denies Violation No. 1.

Lisa Jicha CST.

The Court finds that the defendant is in violation of his supervised release.

The Court finds that this is a Grade C violation, Criminal History Category I as to Cr. 99-00336HG, and Criminal History Category III as to Cr. 02-000492HG.

At the request of Mr. Wolff, the hearing is continued to May 24, 2006 @ 11:00 a.m.  Mr. Wolff is allowed the time to locate a residential treatment center that will accept the defendant and address his mental health issues.

Submitted by: David H. Hisashima, Courtroom Manager