# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 26, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 99-00336HG & CR. 02-00492HG |
| CASE NAME: | U.S.A. vs. MARC CLIFFORD SHIROMA |
| | U.S.A. vs. MARC SHIROMA |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Peter C. Wolff, Jr. |
| U.S.P.O.: | Robin DeMello |
| | Lisa Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 26, 2006 | TIME: | 10:12 - 10:20 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Mr. Wolff informed the Court that his office is exploring two residential treatment centers that may be able to address the defendant's mental health issues.  They are the Kahumana Special Treatment Facility in Waianae and Sand island Treatment Center.

The Probation Office is directed to make their documents available to the facilities.

Further hearing on Order to Show Cause Why Supervised Release should Not Be Revoked is continued to July 5, 2006 @ 2:45 p.m.

Submitted by: David H. Hisashima, Courtroom Manager