# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 99-00336HG and CR. 02-00492HG |
| CASE NAME: | U.S.A. v. MARC SHIROMA |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Peter C. Wolff, Jr. |
| U.S.P.O.: | Robin DeMello |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | July 5, 2006 | TIME: | 2:45 - 3:00 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Mr. Wolff informed the Court that the defendant has been accepted into the Sand Island Treatment Center.

IT IS ORDERED that the defendant be placed into the Sand Island Treatment Center's residential program, where he shall remain until clinically discharged.

IT IS FURTHER ORDERED that the U.S. Marshal release the defendant to the custody of the Federal Public Defender's Office on July 6, 2006.  A member of the Federal Public Defender's Office shall transport the defendant to the Sand Island Treatment Center.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked is set for January 22, 2007 @ 2:00 p.m.

Submitted by: David H. Hisashima, Courtroom Manager

Submitted by: Mary Rose Feria, Courtroom Manager

Case 1:02-cr-00492-HG   Document 29   Filed 07/05/2006   Page 2 of 4
Submitted by: Mary Rose Feria, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 99-00336HG and CR. 02-00492HG |
| CASE NAME: | U.S.A. v. MARC SHIROMA |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Peter C. Wolff, Jr. |
| U.S.P.O.: | Robin DeMello |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | July 5, 2006 | TIME: | 2:45 - 3:00 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Mr. Wolff informed the Court that the defendant has been accepted into the Sand Island Treatment Center.

IT IS ORDERED that the defendant be placed into the Sand Island Treatment Center's residential program, where he shall remain until clinically discharged.

IT IS FURTHER ORDERED that the U.S. Marshal release the defendant to the custody of the Federal Public Defender's Office on July 6, 2006. A member of the Federal Public Defender's Office shall transport the defendant to the Sand Island Treatment Center.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked is set for January 22, 2007 @ 2:00 p.m.

Submitted by: David H. Hisashima, Courtroom Manager

Submitted by: Mary Rose Feria, Courtroom Manager