PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE      # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
MARC SHIROMA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00492 HG |
| | ) Cr. No. 99-00336 HG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE HEARING |
| | ) |
| MARC SHIROMA, | ) Present date/time: 02/12/07 @ 1:30 p.m. |
| | ) New date/time:    03/12/07 @t 2:15 p.m. |
| Defendant. | ) |
| | ) |

## **STIPULATION AND ORDER TO CONTINUE HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the hearing on the Order to Show Cause Why Supervised

Release Should Not be Revoked is continued from February 12, 2007, at 1:30 p.m.,

to March 12, 2007 at 2:15 p.m., before Chief Judge Helen Gillmor.  Mr. Shiroma is

presently at the Federal Detention Center, SeaTac, Washington, undergoing a

mental competency evaluation.

IT IS SO STIPULATED:

DATED:   Honolulu, Hawaii, February 12, 2007.


  /s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
MARC SHIROMA

  /s/Darren Ching
DARREN CHING
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, February 12, 2007.



          /S/ Helen Gillmor
Helen Gillmor
Chief United States District Judge


UNITED STATES v. MARC SHIROMA
Cr. No. 02-00492 HG and  Cr. No. 99-00336 HG
STIPULATION AND ORDER TO CONTINUE HEARING