# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 16, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00492HG |
| CASE NAME: | UNITED STATES OF AMERICA v. MARC SHIROMA |
| ATTYS FOR PLA: | Darren W.K. Ching, AUSA |
| ATTYS FOR DEFT: | Pamela J. Byrne, AFPD |
| U.S.P.O.: | Robin DeMello |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia T. Fazio |
| DATE: | April 16, 2007 | TIME: | 2:25 - 2:50 |

COURT ACTION: FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.
The defendant admitted to Violation Nos. 1 and 2.  There was no finding by the Court in Violation No. 3.
The Court finds that this is a Grade C Violation, Criminal History Category III.

Supervised release is revoked.

 ADJUDGED: Impr of 24 MONTHS, to be served concurrently with sentence imposed in CR 99-00336HG.

Advised of rights to appeal the sentence, etc.

RECOMMENDATION: That the defendant participate in mental health programs and drug treatment programs.


   Submitted by: Mary Rose Feria, Courtroom Manager