# UNITED STATES DISTRICT COURT
## District of Hawaii

RECEIVED
2006 SEP 22 AM 9: 56
U.S. MARSHALS SERVICE
HONOLULU, HI.

UNITED STATES OF AMERICA

WARRANT FOR ARREST

V.

Case Number: CR 02-00492HG-01

MARC SHIROMA

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST MARC SHIROMA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 8 2007

at __1__ o'clock and _05_ min. _PM_
SUE BEITIA, CLERK

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | September 21, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant       By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | 9-22-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| Date of Arrest | 9-22-06 | Russell Nakamoto, DUSM | _[signature]_ |