Case 1:02-cr-00492-HG   Document 40   Filed 05/02/2007   Page 1 of 2

AO 245B   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation   ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 02 2007
at _9_ o'clock and _46_ min _A_ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**MARC SHIROMA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:   **1:02CR00492-001**
USM Number:   **87226-022**

**Pamela J. Byrne, AFPD**
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of Special Condition Nos. 4 and 5 of the term of supervision.
[ ]  was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1. | That on 4/19/2006, the offender refused to participate in mental health treatment at The Queen's Medical Center Day Treatment Program. | |
| 2. | That the offender failed to participate in a substance abuse program, specifically the order imposed by the Court on 7/25/2006 requiring the offender to remain at the Sand Island Treatment Center's residential program until clinically discharged. | |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **0087**

Defendant's Residence Address:
**Honolulu, Hawaii 96817**

Defendant's Mailing Address:
**Honolulu, Hawaii 96817**

April 16, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

5·1·07
Date

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:    1:02CR00492-001 | Judgment - Page 2 of 2 |
| DEFENDANT:    MARC SHIROMA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 MONTHS, to be served concurrently with sentence imposed in CR 99-00336HG.

[✔]     The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in mental health programs and drug treatment programs.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
      Deputy U.S. Marshal